Atlas Financial Corporation, Appellant, *v.* Investors Acceptance Corporation.

Argued September 28, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

640

*Robert L. Frantz*, with him *Buchanan, Ingersoll, Rodewald, Kyle and Buerger*, for appellant.

*Allen S. Gordon*, for appellees.

OPINION PER CURIAM, November 26, 1973:
Decree vacated and case remanded for an adjudication in conformity with Pennsylvania Rules of Civil Procedure 1516-1519. See *Thompson v. Thompson*, 451 Pa. 546, 301 A. 2d 644 (1973), *Stryjewski v. Local No. 830*, 451 Pa. 550, 304 A. 2d 463 (1973), and *Community Sports, Inc. v. Oakland Oaks*, 429 Pa. 412, 240 A. 2d 491 (1968). Each party to bear own costs.